UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON

RECEIVED
JUN 1 1 2010
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

ELIZABETH KING                                              CIVIL 09-2173(AET)

v.

LAW OFFICES OF JAMES A. WEST, P.C.                          O R D E R

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 11TH day of June 2010,

ORDERED that this action be and is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The Court shall retain jurisdiction over this matter for the purpose of enforcing the settlement.

_____
ANNE E. THOMPSON, U.S.D.J.